ACCEPTED
12-14-00367-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/31/2014 12:22:21 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/31/2014 12:22:21 PM
CATHY S. LUSK
Clerk

December 31, 2014

Katrina McClenny, Deputy Clerk
Twelfth Court of Appeals
Via electronic filing

RE:   Appellate Court Cause No. 12-14-00367-CR; Elijah Brown v. State of Texas
Trial Court Case Number 10,078; State of Texas v. Elijah Brown

Appellate Court Cause No. 12-14-00366-CR; Elijah Brown v. State of Texas
Trial Court Case Number 10,161; State of Texas v. Elijah Brown

Clerks Record

Dear Madam:

In response your correspondence received this date regarding the timely filing of a Notice of Appeal in the above referenced causes, I am including with this letter, a copy of the Notice of Appeal along with my correspondence, certified mailing receipts from the United States Postal Service and facsimile confirmations dated October 30, 2014 evidencing compliance with Rule 9.2(b) of the Texas Rules of Civil Procedure.

Should you have any questions, please don't hesitate to call.

Sincerely,

John D. Reeves
JDR/jsa

cc:   Bennie Schiro, District Attorney
Trinity County, Texas
VIA FACSIMILE: 642-2040

cc:   District Clerk                                VIA FACSIMILE: 936-642-2609
Trinity County, Texas                      AND REGULAR US MAIL
Post Office Box 549
Groveton, Texas 75845

```
===================================
         KELTYS STATION
         1908 N RAGUET
            LUFKIN
              TX
          759039901
10/30/2014    (800)275-8777   12:43 PM
===================================
===================================
Product              Sale      Final
Description           Qty      Price
_____

First-Class            1       $0.70
Mail
Letter
    (Domestic)
    (GROVETON, TX  75845)
    (Weight:0 Lb 1.20 Oz)
    (Expected Delivery Day)
    (Monday 11/03/2014)
Certified              1       $3.30
    (@@QRUSPS Certified Mail #:701322
    50000092858763)
Return                 1       $2.70
Receipt
(Forever)              4      $39.20
Star-Spangled
Banner PSA
Bklt/20
    (Unit Price:$9.80)
_____
Total                         $45.90
_____
Debit Card Remit'd            $45.90
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX1026)
    (Approval #:000000)
    (Transaction #:165)
    (Receipt #:000217)
    (Debit Card Purchase:$45.90)
    (Cash Back:$0.00)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

## U.S. Postal Service ™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com**

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | **$0.70** | 0903 |
| Certified Fee | | **$3.30** | |
| Return Receipt Fee (Endorsement Required) | | **$2.70** | |
| Restricted Delivery Fee (Endorsement Required) | | **$0.00** | |
| Total Postage & Fees | $ | **$6.70** | |

Postmark Here
LUFKIN TX 75903
OCT 30 2014 USPS
04
10/30/2014

**Sent To** Cheryl Cartwright, District Clerk, Trinity
**Street, Apt No.; or PO Box No.** PO Box 549
**City, State, ZIP+4** Groveton TX 75845

PS Form 3800, August 2006            See Reverse for Instructions

7013 2250 0000 9285 8763

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheryl Cartwright, District Clerk
P. O. Box 549
Groveton, Tx 75845

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cheryl Cartwright        ☐ Agent  ☑ Addr

B. Received by ( Printed Name)   C. Date of De
Cheryl Cartwright        11-4-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Mercha
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from ser    7013 2250 0000 9285 8763

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

October 30, 2014

Cheryl Cartwright, District Clerk
Trinity County, Texas
Post Office Box 549
Groveton, Texas 75845

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7013 2250 0000 9285 8763
AND FACSIMILE: 936-642-0002

RE:   Trial Court Case Number 10,078; State of Texas v. Elijah Brown
      Trial Court Case Number 10,161; State of Texas v. Elija 1 Brown

      Clerks Record

Dear Madam:

Enclosed please find a Notice of Appeal for filing in each of the above referenced cause. Please forward to the 1st Court of Appeals in accordance with the Rules of Appellate Procedure.

I am also enclosing a self-addressed, stamped envelope to facilitate the return of a file-marked copy of said notice. By copy of this letter, I am notifying the State of filing of same.

Thank you for your courtesies.

Sincerely,

John D. Reeves
JDR/jsa

cc:   Bennie Schiro, District Attorney
      Trinity County, Texas
      VIA FACSIMILE: 642-2040

FILE COPY

# JOHN D. REEVES
# ATTORNEY AT LAW

1007 GRANT AVE • LUFKIN, TEXAS 75901
(936) 632-1609 TELEPHONE • (936) 632-1640 FACSIMILE

## FACSIMILE

| | | | |
|---|---|---|---|
| To: | Trinity County District Clerk's Office | From: | John D. Reeves |
| Fax: | 936-642-2609 | Pages: | 4    (including cover) |
| Phone: | | Date: | October 30, 2014 |
| Re: | Elijah Brown | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

If transmission not complete, please call (936) 632-1609

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

Phone: _____    Date:   October 30, 2014 _____

Re:    Elijah Brown _____    CC: _____

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply

If transmission not complete, please call (936) 632-1609

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

TRANSMISSION VERIFICATION REPORT

TIME : 10/30/2014 11:37
NAME : JOHN REEVES
FAX : 9366321640
TEL : 9366321609
SER.# : K9N511479

DATE,TIME     10/30  11:37
FAX NO./NAME  6422609
DURATION      00:00:54
PAGE(S)       04
RESULT        OK
MODE          STANDARD
              ECM

# JOHN D. REEVES
# ATTORNEY AT LAW

1007 GRANT AVE • LUFKIN, TEXAS 75901
(936) 632-1609 TELEPHONE • (936) 632-1640 FACSIMILE

## FACSIMILE

| | | | |
|---|---|---|---|
| To: | Bennie Schiro, District Attorney Trinity County | From: | John D. Reeves |
| Fax: | 936-642-2040 | Pages: | 4 (including cover) |
| Phone: | | Date: | 10/30/14 |
| Re: | Elijah Brown Appeal | CC: | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply

If transmission not complete, please call (936) 632-1609

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this t ansmission in error, please immediately notify us by telephone to arrange for return of the documents.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/30/2014 11:40
NAME  : JOHN REEVES
FAX   : 9366321640
TEL   : 9366321609
SER.# : K9N511479
```

```
DATE,TIME        10/30  11:39
FAX NO./NAME     6422040
DURATION         00:00:55
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this t ransmission in error, please immediately notify us by telephone to arrange for return of the documents.

If transmission not complete, please call (936) 632-1609

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

Phone:

Date: 10/30/14

Re: Elijah Brown Appeal     CC:

## NO. 10,078

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **411th JUDICIAL DISTRICT** |
| | § | |
| **ELIJAH BROWN** | § | **TRINITY COUNTY, TEXAS** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Elijah Brown, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered on September 30, 2014 against Elijah Brown.

By separate filing, the Defendant has requested the trial court to certify his appeal of this case. This criminal case is not in a plea-bargain case, and the defendant has the right of appeal.

Respectfully submitted,

_____

John D. Reeves
Attorney for Elijah Brown
State Bar No.:16723000
1007 Grant Avenue
Lufkin, Texas 75901
Telephone: (936) 632-1609
Facsimile: (936) 632-1640

## CERTIFICATE OF SERVICE

This is to certify that on October 30, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Trinity County, Texas via facsimile at 936-642-2040

_____

John D. Reeves

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
|  | § |  |
| vs. | § | 411th JUDICIAL DISTRICT |
|  | § |  |
| ELIJAH BROWN | § | TRINITY COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Elijah Brown Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered on September 30, 2014 against Elijah Brown.

By separate filing, the Defendant has requested the trial court to certify his appeal of this case. This criminal case is not in a plea-bargain case, and the defendant has the right of appeal.

Respectfully submitted,

_____

John D. Reeves
Attorney for Elijah Brown
State Bar No.:167 3000
1007 Grant Avenue
Lufkin, Texas 75901
Telephone: (936) 632-1609
Facsimile: (936) 632-1640

### CERTIFICATE OF SERVICE

This is to certify that on October 30, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Trinity County, Texas via facsimile at 936-642-2040

_____

John D. Reeves